UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-61373-BLOOM

STEWART ABRAMSON,

    Plaintiff,

v.

1 GLOBAL CAPITAL, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Plaintiff's Stipulation of Dismissal with Prejudice, ECF No. [35], filed December 10, 2015. The Court having carefully reviewed the file and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 10th day of December, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record